IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEVEN B. GOLDBERG, | : | CIVIL ACTION |
| Petitioner, | : | |
| v. | : | NO. 05-1005 |
| DONALD L. KELCHNER, SUPERINTENDENT, et al., | : | |
| Respondents. | : | |

### ORDER

AND NOW, this         day of                  , 2005, upon careful and independent consideration of the Petition for Writ of Habeas Corpus, the Response thereto, and after review of the Report and Recommendation ("R&R") of United States Magistrate Judge Arnold C. Rapoport dated October 26, 2005, IT IS HEREBY ORDERED that:

    1.   the R&R is APPROVED and ADOPTED;

    2.   the Petition for Writ of Habeas Corpus is DENIED with prejudice and DISMISSED without an evidentiary hearing; and

    3.   there is no probable cause to issue a certificate of appealability.

BY THE COURT:

_____
EDMUND V. LUDWIG, S.J.